No. 868. SCHERING CORPORATION *v.* BROWNELL, AT-
TORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY
CUSTODIAN. C. A. 3d Cir. Certiorari denied. MR.
JUSTICE CLARK took no part in the consideration or deci-
sion of this application. *John Milton, Raoul Berger*
and *Irving H. Jurow* for petitioner. *Solicitor General
Sobeloff, Assistant Attorney General Townsend, James
D. Hill* and *George B. Searls* for respondent. ▇▇▇

No. 384, Misc. McCORKLE *v.* MARTIN, WARDEN.
Supreme Court of Pennsylvania, Eastern District. Cer-
tiorari denied. Petitioner *pro se. James N. Lafferty*
and *Victor H. Blanc* for respondent.

No. 458, Misc. JACKSON *v.* UNITED STATES. United
States Court of Appeals for the District of Columbia Cir-
cuit. Certiorari denied. Petitioner *pro se. Solicitor
General Sobeloff, Assistant Attorney General Olney* and
*Beatrice Rosenberg* for the United States.

No. 526, Misc. MILLS *v.* KEARNEY, WARDEN. C. A.
5th Cir. Certiorari denied. Petitioner *pro se. Solicitor
General Sobeloff* for respondent. ▇▇▇

No. 563, Misc. GOODMAN *v.* UNITED STATES. C. A.
1st Cir. Certiorari denied.

No. 597, Misc. GONZALEZ *v.* UNITED STATES. C. A.
2d Cir. Certiorari denied. Petitioner *pro se. Solicitor
General Sobeloff, Assistant Attorney General Olney,
Beatrice Rosenberg* and *Felicia Dubrovsky* for the United
States.